UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                    24-CR-56 (AMD)

ILYA KAHN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Assistant United States Attorney Artie McConnell from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Artie McConnell
    United States Attorney's Office (Criminal Division)
    271A Cadman Plaza East,
    Brooklyn, NY 11201
    Tel:  (718) 254-7150
    Email: artie.mcconnell@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Artie McConnell at the email address set forth above.

Dated: Brooklyn, New York
       February 28, 2024

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Artie McConnell
    Artie McConnell
    Assistant U.S. Attorney

cc: Clerk of the Court (AMD)