

|  |  |
|---|---|
| MS | *U.S. Department of Justice* |
| F.#2023R00925 | *United States Attorney*<br>*Eastern District of New York*<br><br>*271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

October 31, 2024

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Ilya Kahn
               Docket No. 24-CR-56 (AMD)

Dear Judge Donnelly:

      The government writes, with the consent of the defendant, to request that the Court schedule a change of plea hearing for the defendant. The parties have discussed with Chambers, and respectfully propose that the hearing be scheduled for November 7, 2024 at 12:00 PM. Time has already been excluded under the Speedy Trial Act through November 12, 2024. See Minute Order of September 27, 2024.

                                     Respectfully submitted,

                                       BREON PEACE
                                       United States Attorney

                    By:    /s/ Matthew Skurnik
                              Artie McConnell
                              Matthew Skurnik
                              Assistant U.S. Attorneys
                              (718) 254-7000

cc:    Clerk of court (AMD) (by ECF)
        Counsel for defendant (by ECF)