NJM:JAM/MS
F. #2023R00925

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------- X

UNITED STATES OF AMERICA

- against –

ILYA KAHN,

Defendant.

---------------------------------- X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 24-CR-56 (S-1) (AMD)
(T. 26, U.S.C., § 7201; T. 50, U.S.C., §§ 4819(a)(1), 4819(a)(2)(A)-(G), 4819(b), 4819(d)(1) and 4819(d)(2); T. 18, U.S.C., §§ 2 and 3551 et seq.; T. 21, U.S.C., § 853(p))

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Conspiracy to Violate the Export Control Reform Act)

1. In or about and between August 2018 and January 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ILYA KAHN, together with others, did knowingly and willfully conspire to violate and to cause one or more violations of licenses, orders, regulations and prohibitions issued under the Export Control Reform Act, Title 50, United States Code, Sections 4801 et seq.

2. It was a part and an object of the conspiracy that the defendant ILYA KAHN, together with others, (a) did agree to export and reexport and cause to be exported and reexported from the United States to Russia, including through Hong Kong and other locations, items on the U.S. Department of Commerce, Bureau of Industry and Security Commerce Control List, as set forth in Title 15, Code of Federal Regulations, Part 774, Supplement Number 1, without having first obtained a license for such export from the U.S. Department of Commerce; and (b) did agree to export and reexport and cause to be exported and reexported from the United

States to a prohibited end user, to wit: Joint Stock Company Research and Development Center ELVEES, which was added on or about March 9, 2022 to the U.S. Department of Commerce, Bureau of Industry and Security Entity List, set forth in Title 15, Code of Federal Regulations, Part 774, Supplement Number 4, items subject to the Export Administration Regulations, without having first obtained a license for such export from the U.S. Department of Commerce.

(Title 50, United States Code, Sections 4819(a)(1), 4819(a)(2)(A)-(G) and 4819(b); Title 18, United States Code, Sections 2 and 3551 et seq.)

COUNT TWO
(Attempted Tax Evasion)

3. In or about and between January 2017 and January 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ILYA KAHN, together with others, did knowingly and willfully attempt to evade and defeat a substantial income tax due and owing by him to the United States of America for the calendar years 2017, 2018, 2019, 2020, 2021 and 2022 by (a) filing and causing to be filed false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, for each of those calendar years, which KAHN knew were false and fraudulent as they did not reflect all of the taxable income and taxes due and owing thereon, which were substantially greater; and (b) providing false and incomplete information regarding his income to his return preparer.

(Title 26, United States Code, Section 7201; Title 18, United States Code, Sections 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNT ONE

4. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count One, the government will seek forfeiture in

accordance with Title 50, United States Code, Section 4819(d)(1), which requires any person convicted of such offense to forfeit any of the person's property: (a) used or intended to be used, in any manner, to commit or facilitate the offense; (b) constituting or traceable to the gross proceeds taken, obtained, or retained, in connection with or as a result of the offense; and/or (c) constituting an item or technology that was exported or intended to be exported in violation of the Export Control Reform Act, including but not limited the following assets:

(a) one box labeled "75" containing black digital chips, seized by law enforcement on or about January 17, 2024, in Sherman Oaks, California;

(b) one box of "Senseys" microchips and microelectronics, seized by law enforcement on or about January 17, 2024, in Sherman Oaks, California;

(c) three boxes of wafers, seized by law enforcement on or about January 17, 2024, in Sherman Oaks, California;

(d) 11 boxes containing microelectronics, seized by law enforcement on or about January 17, 2024, in Sherman Oaks, California;

(e) $360,222.41, more or less, seized on or about April 18, 2024, from Bank of America account number XXXXXXXX5692, held in the name of Senesys, Inc., and all proceeds traceable thereto;

(f) $61,349.68, more or less, seized on or about April 18, 2024, from Bank of America account number XXXXXXXX3585, held in the name of Ilya Alexander Kahn, d/b/a Sensor Design LP, and all proceeds traceable thereto;

(g) $433,039.97, more or less, seized on or about April 18, 2024, from Bank of America account number XXXXXXXX7401, held in the name of Ilya Alexander Kahn, d/b/a Sensor Design LP, and all proceeds traceable thereto; and

(h) $355,143.08, more or less, seized on or about April 15, 2024, from JPMorgan Chase Bank, N.A. account number XXXXXXXXXXX2084, held in the name of Senesys, Inc., and all proceeds traceable thereto.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 50, United States Code, Section 4819(d)(2), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 50, United States Code, Sections 4819(d)(1) and 4819(d)(2); Title 21, United States Code, Section 853(p))

By Carolyn Pokorny, Assistant U.S. Attorney
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK