## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Peggy Kuo          DATE:  12/10/2024

DOCKET NUMBER  24cr00056(AMD)    LOG #:  11:09 – 11:29

DEFENDANT'S NAME:  ILYA KAHN
  **X** Present   ___ Not Present   **X** Custody   ___ Bail

DEFENSE COUNSEL:  Irene Jaroslaw
  ___ Federal Defender   ___ CJA   ___ appointed by the Court   **X** Retained

A.U.S.A  Matthew Skurnik          CLERK:  SM Yuen

Probation:                                    (Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ Rule 5f Order read into the record.

**X** Bail application Hearing held.    ___ Defendant's first appearance.

  **X** Bond set at  1 million    Defendant **X** released ___ held pending satisfaction of bond conditions.

  **X** Defendant advised of bond conditions set by the Court and signed the bond.

  **2** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

  ___ (Additional) surety/ies to co-sign bond by _____

  ___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: