MJC
F. #2023R00925

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – X

| | |
|---|---|
| UNITED STATES OF AMERICA | **CERTIFICATE OF SERVICE** |
| - against - | Criminal Docket No. 24-56 (S-1) (AMD) |
| ILYA KAHN, | |
| Defendant. | |

– – – – – – – – – – – – – – – X

   I, Alfred Pelargu, hereby certify that on August 21, 2025, I caused to be served Notice of Forfeiture and a copy of the Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(1) in the above-captioned action, by FedEx, (attached hereto) upon:

Tatiana Armbruster

▮▮▮▮▮▮▮▮▮▮

Sherman Oaks, New York ▮▮▮

Dated: Brooklyn, New York
    August 21, 2025

               /s/ Alfred Pelargu
               Alfred Pelargu
               Forfeiture Support Associates
               Senior Law Clerk
               United States Attorney's Office
               271-A Cadman Plaza East
               Brooklyn, New York 11201
               (718) 254-6060

ORIGIN ID:EGXA (718) 254-7533
MICHAEL J. CASTIGLIONE
US ATTORNEY OFFICE
271 CADMAN PLAZA EAST

BROOKLYN, NY 11201
UNITED STATES US

SHIP DATE: 21AUG25
ACTWGT: 1.00 LB
CAD: 101276931/INET4535

BILL SENDER

TO **TATIANA ARMBRUSTER**

**SHERMAN OAKS CA**
(718) 254-7533





FRI - 22 AUG 5:00P
STANDARD OVERNIGHT

TRK# 8837 4792 3549
0201

**XA VNYA**

91402
CA-US BUR

