**ELLIOTT KWOK LEVINE JAROSLAW NEILS** LLP

One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
tel: +1 (212) 321-0510

www.ekljnlaw.com

Ilene Jaroslaw
ijaroslaw@ekljnlaw.com
Direct: +1 (917) 763-9852

September 9, 2025

*Via ECF*

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Kahn*, 24 Cr. 56 (S-1) (AMD)

Dear Judge Donnelly:

    On behalf of Mr. Ilya Kahn, we respectfully submit this letter motion requesting that the Court modify Mr. Kahn's conditions of release. Pursuant to Mr. Kahn's Release Order, filed by the Court on December 10, 2024 (hereinafter, the "Release Order"), Mr. Kahn was released on a bond cosigned by financially responsible sureties.

    Mr. Kahn requested similar relief on April 25, 2025, which was denied. Since that time, Pretrial Services has reconsidered its position. On September 4, 2025, Pretrial Services Officer Tara Sarnelli reported in an email that now "Pretrial Services consents to removal of location monitoring and cyber monitoring." In an email from Assistant U.S. Attorney Matthew Skurnik that same day, he stated that "The government has no objection."

    Mr. Kahn has faithfully adhered to the conditions set forth in the Release Order, including restrictive home detention and limited access to computers and other devices. Mr. Kahn respectfully requests (1) removal of cyber-monitoring, (2) access to a computer as well as a cell

ELLIOTT KWOK LEVINE JAROSLAW NEILS LLP

September 9, 2025
Page 2

phone, (3) removal of location monitoring (including removal of the ankle bracelet), and (4) permission to leave his residence subject to geographic and/or temporal limits set by the Court.

    We appreciate the Court's consideration.

Respectfully submitted,

By:   Ilene Jaroslaw

cc:  All counsel *via ECF*
      U.S. Pretrial Services Officer Tara Sarnelli *via email*